# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TELECOM ACQUISITION CORP., I, LLC, a Nevada corporation,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>INTERNATIONAL HOUSING DEVELOPMENT GROUP, CORP, a Florida corporation; et al.,<br><br>　　　　　　Defendants.<br><br>AND ALL RELATED MATTERS | Case No.: 2:05-cv-00727-RLH-RJJ<br><br>**O R D E R**<br><br>(Motion for Clarification, Reconsideration or, in the alternative, to Conduct Discovery–#189) |

Before the Court is Defendants, Cross-Defendant's, and Third-Party Defendants' International Housing Development Group Corporation ("IHDG") and Patrick Danan's **Motion for Clarification, Reconsideration or, in the alternative, to Conduct Discovery** (#189), filed December 27, 2007.

The Court is not entertained by the trend of filing various motions to reconsider or clarify, all in a seeming attempt to confuse or obfuscate the issues and the Court's prior rulings. In an oral ruling on December 12, 2007, the Court clearly ordered that it would not exclude at trial the 857 pages of documents previously excluded in its Order (Bates TEL001–TEL857), Docket #175, because the basis for the original exclusion—the prejudice suffered due to their late

disclosure—has been removed by the significant delay of trial and the Court's allowance of discovery on those documents. This is not a sanction against IHDG, as it appears to subtly imply.

To the extent IHDG seeks approximately 10 hours of depositions of the persons listed in their Motion related to documents TEL001–TEL857, the Court grants their request. As clearly ordered in its December 12, 2007, oral ruling, no interrogatories, document requests or admissions are allowed.

Accordingly, and for good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's Motion for Clarification, Reconsideration, or in the alternative, to Conduct Discovery (#189) is GRANTED.

Dated: January 3, 2008.

_____
ROGER L. HUNT
Chief United States District Judge